UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SMOOTHIE KING FRANCHISES, INC.                CIVIL ACTION

VERSUS                                        NO: 11-2002

SOUTHSIDE SMOOTHIE & NUTRITION                SECTION: J(5)
CENTER, INC.

**ORDER**

Previously, on September 30, 2011, the Court granted Plaintiff Smoothie King Franchises, Inc.'s Motion for Preliminary Injunction.  See Rec. Doc. 42.  As part of its judgment, the Court found that Smoothie King, as the prevailing party on the Motion for Preliminary Injunction, was entitled to reasonable attorneys' fees and costs pursuant to the terms of the parties' franchise agreements.  Accordingly, the Court ordered Smoothie King to submit a formal motion for attorneys' fees and costs, along with itemized billing records, within 14 days of the hearing.

For purposes of clarification, the Court previously found that Smoothie King is only entitled to attorneys' fees and costs

associated with its Motion for Preliminary Injunction, as this is the only proceeding as to which it is the prevailing party. Accordingly,

**IT IS ORDERED** that, on or before **February 2, 2012**, Smoothie King shall resubmit its fee request and billing records to reflect only those attorneys' fees associated with its Motion for Preliminary Injunction and the hearing thereon.  Defendants will then have until **February 13, 2012** to traverse Plaintiff's request.  Thereafter, the matter will be taken under advisement on the briefs.

New Orleans, Louisiana, this 19th day of January, 2012.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE